## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

DEBORAH CUMMINS
AND
MICHAEL CUMMINS
           Debtors

Chapter 13

Case No. 15-11969-RGM

### ORDER DISALLOWING CLAIM

    The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

    ORDERED, that Claim No. 10 filed by United Consumer Financial Services in the amount of $2,452.03 (arrearage of $0.00) be disallowed in this proceeding.

Jun 23 2016

/s/ Robert G. Mayer
_____
Robert G. Mayer
United States Bankruptcy Judge

I Ask For This:

eod 6/24/2016

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
300 N. Washington St.; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order Disallowing Claim, page 2
Case #15-11969-RGM, Deborah And Michael Cummins

**PARTIES TO RECEIVE COPIES**

Deborah Cummins
Michael Cummins
Chapter 13 Debtors
7509 Whitehall Drive
Manassas, VA 20111

Nathan Fisher, Esq.
Attorney for Debtor
3977 Chain Bridge Rd., #2
Fairfax, VA 22030

Bass & Associates, PC
Attorney for United Consumer Financial Services
Attn: Patti H. Bass, Esq.
3936 East Ft. Lowell Rd., Ste 200
Tucson, AZ 85712

United Consumer Financial Services
Attn: James S. Barnhart, Director of Account Services
865 Bassett Road
Westlake, OH 44145

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314